**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Lisa Sykes and
Seth Sykes, Individually
and as Parents and Natural
Guardians of Wesley Alexander Sykes,
a minor child</u>

    v.                                  Civil No. 08-mc-13-JM

<u>Bayer Corporation</u>

**O R D E R**

Ms. Seidel need not respond to the "Response of Clifford J. Shoemaker . . . To The Order to Show Cause . . . ." However, she may respond if she chooses to do so on or before May 27, 2008.

**SO ORDERED.**

                                            /s/ James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge

Date: May 15, 2008

cc:  Brian T. Stern, Esq.
     John F. McHugh, Esq.
     Kathleen Seidel, Respondent